IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY  CY   D.C.
05 JUN 15 PM 4:18

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                    NO. 04-20095-01-Ma

NABIL HAIMED,

    Defendant.

ORDER ON CHANGE OF PLEA
AND <u>SETTING</u>

    This cause came to be heard on June 13, 2005, the United States Attorney for this district, Stephen Parker, appearing for the government and the defendant, Nabil Haimed, appearing in person and with counsel, Jeffrey Jones.

    With leave of court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

    Plea colloquy was held and the court accepted the guilty plea.

    **SENTENCING in this case is SET for WEDNESDAY, SEPTEMBER 14, 2005, at 9:00 A.M., in Courtroom No. 2, on the 11th floor before Judge Samuel H. Mays, Jr.**

    Defendant is allowed to remain released on the present bond.

    **ENTERED** this 15th day of June, 2005.

    SAMUEL H. MAYS, JR.
    UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-16-05

104

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 104 in case 2:04-CR-20095 was distributed by fax, mail, or direct printing on June 16, 2005 to the parties listed.

---

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jeffrey Jones
JONES LAW FIRM
6540 Stage
Bartlett, TN 38134

Honorable Samuel Mays
US DISTRICT COURT