IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.

NO. 04-20095-Ma

NABIL HAIMED,
NAGI ALKABSH,

    Defendants.

## ORDER RESETTING SENTENCING DATE

Before the court is the government's September 14, 2005, motion to reset the sentencings of Nabil Haimed and Nagi Alkabsh, which are presently set for October 19, 2005. For good cause shown, the motion is granted. The sentencing of defendants Nabil Haimed and Nagi Alkabsh are **reset to Wednesday, October 26, 2005, at 9:00 a.m.**

It is so ORDERED this 19th day of September, 2005.

    SAMUEL H. MAYS, JR.
    UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-20-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 117 in case 2:04-CR-20095 was distributed by fax, mail, or direct printing on September 20, 2005 to the parties listed.

---

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

James O. Marty
LAW OFFICE OF JAMES MARTY
245 Exchange Ave.
Memphis, TN 38105

Jeffrey Jones
JONES LAW FIRM
6540 Stage
Bartlett, TN 38134

Honorable Samuel Mays
US DISTRICT COURT